**** E-filed June 2, 2011 ****

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EVERETT BURNS, et al.,

Plaintiffs,

v.

WASHINGTON MUTUAL BANK, F.A., et al.,

Defendants.

____________________________________/

No. C11-01621 HRL

**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**

This civil case was randomly assigned to this Court for all purposes including trial. On May 3, 2011, defendant EMC Mortgage Corporation ("EMC") filed a Motion for a More Definite Statement. Docket No. 4. Plaintiff Kim Hicks-Burns and EMC consented to the undersigned's jurisdiction. Docket Nos. 7, 8. On May 24, 2011, pursuant to this District's Civil Local Rule 73-1, this Court instructed all parties who had not done so to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than June 1, 2011. Docket No. 10. Since plaintiff Everett Burns and defendants Washington Mutual Bank, F.A. and Quality Loan Service Corporation (who may not have been served) have failed to do so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines, including the June 7, 2011 hearing on EMC's motion, are VACATED.

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

**IT IS SO ORDERED.**

Dated: June 2, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01621 HRL Notice will be electronically mailed to:**

Heather E Abelson habelson@alvaradosmith.com, mschwark@alvaradosmith.com
Theodore Emery Bacon tbacon@alvaradosmith.com, Lhernandez@alvaradosmith.com

**Notice will be provided by other means to:**

Everett Burns
2008 Emory Street
San Jose, CA 95128

Kim Hicks-Burns
2008 Emory Street
San Jose, CA 95128

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California