UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| EVERETT BURNS, ET AL., | ) | Case No.: 11-CV-01621-LHK |
| Plaintiffs, | ) ) | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | ) ) | |
| WASHINGTON MUTUAL, ET AL., | ) ) | |
| Defendants. | ) ) ) ) | |

Plaintiff voluntarily dismissed this action without prejudice against all Defendants on November 15, 2011. Defendants have not yet filed an answer or a motion for summary judgment. Accordingly, this matter is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED.** The Clerk shall close the file.

Dated: December 7, 2011

_____
LUCY H. KOH
United States District Judge